IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TARYSH G. HOGUE,<br><br>　　　　　Defendant. | 8:22CR125<br><br>WAIVER OF PERSONAL<br>APPEARANCE AT ARRAIGNMENT<br>AND ORDER |

　　　　Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

　　(1)　The defendant affirms receiving a copy of the superseding indictment;

　　(2)　The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

　　(3)　The defendant pleads not guilty to all counts of the superseding indictment.

_____　　　　　11-30-23
Defendant　　　　　　　　　　　　　　Date

_____　　　　　November 30th, 2023
Attorney for Defendant　　　　　　　　Date

**ORDER**

　**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

　　DATED this **30th** day of **November**, 2023.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT