IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>TARYSH G. HOGUE,<br><br>　　　　　　Defendant. | 8:22CR125<br><br>**ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** |

　　The defendant appeared before the Court on December 21, 2023 regarding Petition for Action on Conditions of Pretrial Release [227].  Emeka Igbokwe represented the defendant.  Joseph Meyer represented the government.  The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act.  18 U.S.C. § 3148.

　　The defendant denied violating release conditions (m) and (z).  The Court took judicial notice of the petition and violation report.  Both parties were given an opportunity to present evidence and make argument.  After consideration of the parties' evidence and arguments, the Court finds there is clear and convincing evidence that a condition was violated.  Therefore, the Court finds the defendant violated the Order Setting Conditions of Release [33].

　　The government requests an order of revocation and detention.  The defendant requested a continuance which was granted.  A revocation and detention hearing is scheduled before Magistrate Judge Michael D. Nelson in Courtroom 6, 2nd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Monday, January 8, 2024 at 3:00 p.m.

　　**IT IS SO ORDERED**.

　　Dated this 21st day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge